# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2380

_____

Felix De La Cruz-Perez

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: February 23, 2016
Filed: February 26, 2016
[Unpublished]

_____

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Felix De La Cruz-Perez petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the decision of an immigration judge denying him withholding of removal and protection under the

Convention Against Torture.[1]  After careful consideration, we conclude that substantial evidence on the record as a whole supports the finding that Cruz-Perez failed to show (1) a clear probability that his life or freedom would be threatened in Guatemala on account of any statutorily protected ground, see Davila-Mejia v. Mukasey, 531 F.3d 624, 627, 629 (8th Cir. 2008); or (2) that it is more likely than not that he would be tortured if he were removed to Guatemala, see De Castro-Gutierrez v. Holder, 713 F.3d 375, 381-82 (8th Cir. 2013).  Accordingly, we deny the petition for review.  See 8th Cir. R. 47B.

_____

[1]The ruling regarding denial of asylum is not before us.  See Goromou v. Holder, 721 F.3d 569, 576 (8th Cir. 2013).